AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Oksana Baiul and Oksana Ltd. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 15-cv-02816 |
| NBCUniversal Media, LLC and Sonar Entertainment ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NBCUniversal Media, LLC

Date:   04/28/2015

*Attorney's signature*

Sasha Segall SS1025
*Printed name and bar number*

NBCUniversal Media, LLC
30 Rockefeller Plaza, 28B10
New York, NY 10112-002

*Address*

Sasha.Segall@nbcuni.com
*E-mail address*

(212) 664-6371
*Telephone number*

*FAX number*